# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 28, 2006

To: United States Court of Appeals    Attn: (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                        ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103      ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:          CV 04-00467 SOM        Appeal No:    05-15444

Short Title:       P. F. Three Partners vs. Emery

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: _____

cc: