UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: UPLAND PARTNERS, a Hawaii limited partnership,<br><br>    Debtor,<br><br>------------------------<br><br>P.F. THREE PARTNERS, a Hawaii limited partnership,<br><br>    Appellant,<br><br>V.<br><br>RICHARD EMERY,<br><br>    Appellee. | No. 05-15444<br>D.C. No. CV-04-467-SOM<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2007

at 11 o'clock and 20 min. W M
SUE BEITIA, CLERK

    Appeal from the United States District Court for the District of Hawaii (Honolulu).

    This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

    On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 16 2007

by:
    Deputy Clerk

Filed and entered 11/28/06