i

INTERNAL USE ONLY: Proceedings include all events.
05-15444 P.F. Three Partners, et al v. Emery

In re: UPLAND PARTNERS, a          Timothy I. MacMaster
Hawaii limited partnership         808/531/8080
       Debtor                      Suite 209
                                   [COR LD NTC ret]
                                   1088 Bishop Street
                                   Honolulu, HI 96813
                                       .

-----------------------------

P.F. THREE PARTNERS, a Hawaii      David C. Farmer
limited partnership                808/222-3133
       Appellant                   Suite 15A
                                   [COR LD NTC ret]
                                   225 Queen St.
                                   Honolulu, HI 96813


     v.

RICHARD EMERY                      Steven Guttman, Esq.
       Appellee                    808-536-1900
                                   19th Floor
                                   [COR LD NTC ret]
                                   KESSNER DUCA UMEBAYASHI BAIN &
                                   MATSUNAGA
                                   220 South King Street
                                   Honolulu, HI 96813

                                   Lyle S. Hosoda, Esq.
                                   FAX 808/524-3838
                                   808/524-3700
                                   Suite 804
                                   [COR LD NTC ret]
                                   LYLE S. HOSODA & ASSOCIATES
                                   Queen Street Building
                                   345 Queen Street
                                   Honolulu, HI 96813