# MEMORANDUM

TO:      Records Unit
United States District Court - Honolulu
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850
(808) 541-3587



FROM:     Toni Smith / Chris Redenbo (208) 334-1612
Judge Trott's Chambers
550 West Fort Street, Room 667
Boise, ID 83724

RE:      **P.F. Three Partners v. Emery**
**05-15444**

CV 04-00467 SOM

DATE:    January 19, 2007

Please find the enclosed record from the above listed case. Please sign and return the form at the bottom acknowledging receipt.

Thank you.

_____   DATE: _____

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  September 28, 2006

To:  United States Court of Appeals      Attn:  (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                         ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103             ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 04-00467 SOM         Appeal No:   05-15444

Short Title:  P. F. Three Partners vs. Emery

Clerk's Files in     4      volumes  (✓) original  ( ) certified copy

Bulky docs                  volumes (folders)   docket #

Reporter's                  volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits                    volumes  ( ) under seal

                            boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc:

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:     September 13, 2006

TO:       Clerk's Office
          USDC Hawaii (Honolulu)

FROM:     Steve Seferian, Records Unit Supervisor

SUBJECT:  Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-15444 | P.F. Three Partners v. Emery | CV-04-467-SOM |

**Please send record directly to:**

Judge STEPHEN TROTT
U.S. COURTHOUSE
550 W. FORT STREET, SUITE 667
BOSIE ID 83724-0040